UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO: 10-80149-CR

Plaintiff

vs.

Michael Renda,

### SENTENCING MINUTES

DATE: 2/17/12    Court Reporter: ~~Stephen Franklin~~ Larry Herr
AUSA: Paul Schwartz    Defense Counsel: Cory Strolla
Deputy Clerk: Irene Ferrante

### JUDGMENT AND SENTENCE

Imprisonment  9  MONTHS as to COUNTS  ONE

Probation _____ YEARS as to COUNTS _____

Supervised Release  ONE  YEARS as to Counts _____

✓ Association restriction   ___ Employment Requirement   ✓ Permissible Search   ___ Deportation
___ Mental Health Treatment   ✓ Substance abuse treatment   ___ Financial disclosure   ___ No debt
___ No self-employment   ___ Related concern restriction   ___ Sex offender conditions

Assessment $ 100.00    Fine _____    Restitution: _____

___ Counts remaining dismissed on Government motion _____
✓ Defendant advised of his right to appeal.
___ Remanded to U.S. Marshal
✓ Voluntary Surrender on or before  7-13-12 @ 2:00 pm
Recommendation to the Bureau of Prisons  South Fla/miami

Time in court:  1     Statement from: Kevin Hobbs
                                       Edgar Campbell